IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **COMPUTER SCIENCES CORPORATION**, <br><br>Plaintiff, <br><br>v. <br><br>**TATA CONSULTANCY SERVICES LIMITED, TATA AMERICA INTERNATIONAL CORPORATION**, <br><br>Defendants. | No. 3:19-cv-00970-X |

## DEFENDANTS' NOTICE OF APPEAL

Defendants, Tata Consultancy Services Limited and Tata America International Corporation, appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Doc. 532) entered on June 13, 2024.

If necessary to state for purposes of appellate jurisdiction, Defendants further appeal to the United States Court of Appeals for the Fifth Circuit from all orders, adjudications, findings, and conclusions that are intertwined with or related to the Final Judgment (Doc. 532).

If the above two paragraphs of this notice of appeal do not encompass the following, Defendants also appeal to the United States Court of Appeals for the Fifth Circuit from:

(1) the Order (Doc. 542) denying Defendants' Motion to Amend the Judgment entered on July 12, 2024;

(2) the Findings of Fact and Conclusions of Law (Doc. 531) entered on June 13, 2024;

(3) the Final Judgment (Doc. 532) entered on June 13, 2024;

(4) the Order (Doc. 421) entered on October 27, 2023 granting in part and denying in part Defendants' motion in limine;

(5) the Order (Doc. 381) entered on January 21, 2023 denying Defendants' Motion for Summary Judgment and Motion to Exclude and granting in part Plaintiff's Motion for Partial Summary Judgment; and

(6) the Order (Doc. 79) entered on March 24, 2020 denying in part Defendants' Motion to Dismiss.

Dated**:** August 9, 2024

Respectfully submitted,

/s/   John F. Bash

| | |
|---|---|
| Anand K. Sharma<br>DC Bar No. 461305<br>parmanand.sharma@finnegan.com<br>(*Pro Hac Vice*)<br>Gerald F. Ivey<br>DC Bar No. 367009<br>gerald.ivey@finnegan.com<br>(*Pro Hac Vice*)<br>Rajeev Gupta<br>DC Bar No. 973863<br>raj.gupta@finnegan.com<br>(*Pro Hac Vice*)<br>John M. Williamson<br>DC Bar No. 472713<br>john.williamson@finnegan.com<br>(*Pro Hac Vice*)<br>Karthik Kumar<br>DC Bar No. 1048347<br>(*Pro Hac Vice*)<br>Luke J. McCammon<br>DC Bar No. 992170<br>luke.mccammon@finnegan.com<br>Cara E. Regan<br>DC Bar No. 1028340<br>(*Pro Hac Vice*)<br>Sydney R. Kestle<br>DC Bar No. 1047246<br>sydney.kestle@finnegan.com<br>(*Pro Hac Vice*) | Vic H. Henry<br>TX Bar No. 09484250<br>vhhenry@hoaf.com<br>Lane Fletcher<br>TX Bar No. 07139300<br>lanefletcher@hoaf.com<br>**HENRY ODDO AUSTIN & FLETCHER**<br>**A Professional Corporation**<br>1700 Pacific Avenue, Suite 2700<br>Dallas, TX 75201<br>Telephone: (214) 658-1900<br>Facsimile: (214) 658-1919<br><br>John F. Bash<br>TX Bar No. 24067504<br>johnbash@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>300 W. 6th St.<br>Austin, TX 78701<br>Telephone: (737) 667-6100<br><br>**ATTORNEYS FOR DEFENDANTS TATA CONSULTANCY SERVICES LIMITED AND TATA AMERICA INTERNATIONAL CORPORATION** |

Joseph M. Schaffner
Virginia Bar No. 85631
joseph.schaffner@finnegan.com
(*Pro Hac Vice*)
Daniel M. Jordan
Virginia Bar No. 95839
dan.jordan@finnegan.com
(*Pro Hac Vice)*
**FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
Telephone:     (202) 408-4000
Facsimile:     (202) 408-4400

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, a copy of the foregoing was served on all counsel of record via CM/ECF.

/s/   John F. Bash
John F. Bash